Name: _Michelle Gazave_

Address: _207 Pecan Grove Court_

_San Jose, CA 95123_

Phone Number: _408 469 5137_

E-mail Address: _yoko619@hotmail.com_

**FILED**

2011 JUN 22 P 2: 69

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT IN CALIFORNIA

**E-filing**

**RECEIVED**

JUN 17 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**HRL**

| | |
|---|---|
| _Michelle Gazave_ | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _David Yomtov_ | ) |
| _David Gazave_ | ) |
| Defendant(s). | ) |

**COMPLAINT**  **CV 11 3070**

**DEMAND FOR JURY TRIAL**

[_Check One:_] Yes ☑   No ☐

1.   **Jurisdiction.**  This Court has jurisdiction over this complaint based on:

[_Read Chapter 3 of the Pro Se Handbook. Then, check all that apply._]

☐ Federal Question        ☐ Diversity of Citizenship

(a) Federal Question jurisdiction is based on: [_If the basis for jurisdiction is_

_Federal Question, list which federal law(s) or constitutional right(s) is/are at issue._] _both_

_violation of alimony and the state law_

_of community division (property)_

COMPLAINT, PAGE ___ OF ___

1        (b) Diversity jurisdiction is based on: *[If the basis for jurisdiction is Diversity of*

2  *Citizenship, list the state of citizenship of each party.  For a corporation, list its principal place*

3  *of business <u>and</u> the state in which it is incorporated:]*

4           1. Plaintiff(s)' state(s) of citizenship: n/a

5

6           2. Defendant(s)' state(s) of citizenship: n/a

7

8    2.   **Parties.**  List the name(s) and address(es) of each Defendant:

9  David Yomtov

10  210 N. Fourth Street, Suite 101

11  San Jose, CA 95112

12

13  David Gazave

14  1411 Saratoga Ave., Apt 151

15  San Jose, CA 95129

16

17

18

19

20

21

22    3.   **Venue.**  Venue is appropriate in the Northern District of California because:

23  *[Check all that apply.]*

24  ☑ Defendant(s) reside or do business in this district.

25  ☐ A substantial part of the events or omissions which give rise to the claim occurred in this

26    district.

27  ☐ A substantial part of the property that is the subject of the action is situated in this district.

COMPLAINT, PAGE ___ OF ___         !

3.   **Intradistrict Assignment.**   *[Check all that apply.]*

<u>Assignment to San Francisco or Oakland Division</u>

☐ A substantial part of the events or omissions which give rise to these claims occurred in the county of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma.

☐ A substantial part of the property that is the subject of this action is situated in the county of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma.

<u>Assignment to San Jose Division</u>

☐ A substantial part of the events or omissions which give rise to these claims occurred in the county of Santa Clara, Santa Cruz, San Benito or Monterey.

☐ A substantial part of the property that is the subject of this action is situated in the county of Santa Clara, Santa Cruz, San Benito or Monterey.

### STATEMENT OF FACTS AND CLAIMS

*Give a short and plain statement of the facts of your case. Include WHERE the events happened, WHEN the events happened, WHO was involved, WHAT role each of the defendants played, and HOW you were harmed, if you have that information. If you know which specific laws or rights the defendant violated, you can include them here. Put each fact or claim into a separate numbered paragraph. Attach additional sheets of paper as necessary.*

*If you want to submit documents that support your facts and claims, you may attach them to the end of this Complaint as exhibits. In this 'Statement of Facts and Claims' section, explain what each exhibit is and how it supports your claims. NOTE: Attaching a document to your complaint does <u>not</u> necessarily mean that it will be accepted as evidence.*

Violation of the CA State law of community property

Violation of alimony.

COMPLAINT, PAGE ___ OF ___ [ . ___

① I never received the $40,000, my portion of the Huse Sale money proceeds.

② The goverment retirement Calpiers were not divided 50% - 50%.

③ The stocks were not divided 50%  50%

④ The bank account money was not divided 50%   50%

COMPLAINT, PAGE ___ OF ___ {

## PRAYER FOR RELIEF

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award monetary damages or an order requiring the defendant to do or stop doing some activity.   If you are asking for money, state how much you are asking for and why you are entitled to that amount.*

I would like to sue Mr. Yomtov and Mr. Gazave for violating the Law. The amount of 5 million dollars.

Mr Yomtov should know better to follow the law instead of violating the law.

Respectfully submitted,

Date: 07/14/11

Signature: _C Miche_

Printed name: Michelle Gazave

Pro Se

COMPLAINT, PAGE ___ OF ___ .