**E-FILED on  9/15/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE GAZAVE,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID YOMTOV; DAVID GAZAVE,<br><br>        Defendants. | No. C 11-03070 RMW<br><br>ORDER DENYING APPLICATION TO<br>PROCEED *IN FORMA PAUPERIS* AND<br>DISMISSING ACTION<br><br>**[Re Docket No. 2]** |

Plaintiff Michelle Gazave ("Gazave") applies to proceed *in forma pauperis*.  The court has reviewed the report and recommendation of Magistrate Judge Llyod.  The court agrees with the recommendation.  Although plaintiff's application indicates that her assets and income are insufficient to enable her to prosecute this action, her complaint states only that plaintiff seeks relief for "violation of alimony and the state of community division (property)," and that certain assets were not properly divided under state law.  The domestic relations exception to federal subject matter jurisdiction "divests the federal courts of power to issue divorce, alimony and child custody decrees." *Ankenbrandt v. Richards*, 504 U.S. 689, 703 (1992).  The jurisdictional deficiencies in the complaint cannot be resolved by amendment.  The application to proceed *in forma pauperis* is denied, and the action is dismissed for lack of subject matter jurisdiction.

**United States District Court**
**For the Northern District of California**

**United States District Court**
For the Northern District of California

1

2

3

4    DATED:        9/15/2011                              _Ronald M. Whyte_

5                                                          RONALD M. WHYTE

6                                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION—No. C 11-03070 RMW
MEC                                              2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHELLE GAZAVE,

                  Plaintiff,

  v.

DAVID YOMTOV et al,

                  Defendant.

                                      /

Case Number: CV11-03070 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michelle Gazave
207 Pecan Grove Court
San Jose, CA 95137

Dated: September 15, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk